**FILE COPY**



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.7thcoa.courts.state.tx.us

PEGGY CULP
CLERK

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 7, 2013

David Lloyd Garrison
TDCJ-ID #1365163
Alfred D. Hughes Unit
Rt. 2, Box 4400
Gatesville, TX 76597

Honorable Ana Estevez
Judge, 251st District Court
501 S. Fillmore, Suite 4C
Amarillo, TX 79101-2449

**RE:** Case No. 07-13-00328-CV, 07-13-00329-CV, 07-13-00330-CV
**Style:** In Re David Lloyd Garrison, Relator

Dear Judge Estevez and Mr. Garrison:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Peggy Culp*
PEGGY CULP, CLERK